In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00002-CV**
_____

**IN RE CLEARCLAIM PUBLIC ADJUSTERS AND MINERVA DURAN**

**Original Proceeding**
**136th District Court of Jefferson County, Texas**
**Trial Cause No. D-208,207**

**ORDER**

ClearClaim Public Adjusters and Minerva Duran, Relators, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relators are respondents in a Rule 202 proceeding in Trial Cause Number D-208,207, *Texas Farm Bureau Mutual Insurance Company, et al. v. Sergio de la Canal, et al.* Relators seek a writ compelling the Honorable Baylor Wortham, Judge of the 136th District Court of Jefferson County, Texas, to vacate the trial court's order requiring Relators to appear for deposition. *See* Tex. Gov't Code Ann. § 22.221.

1

Relators request that the trial court's November 23, 2021, order granting the petition for pre-suit depositions be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the depositions of Minerva Duran and a corporate representative of ClearClaim Public Adjusters, to investigate potential claims in Trial Cause Number D-208,207 are STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relators as a condition to any relief herein granted.

The response of the Real Parties in Interest, Texas Farm Bureau Mutual Insurance Company and Southern Vanguard Insurance Company, is due January 18, 2022.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED January 7, 2022.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.

2